**Electronically Filed
Supreme Court
SCPW-20-0000362
29-MAY-2020
02:32 PM**

SCPW-20-0000362

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

THE HONORABLE TODD W. EDDINS, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee

Slavick's "Motion to Disqualify Judge Todd Eddins," which was

filed as a petition for writ of mandamus on May 7, 2020

(originally filed in CAAP-20-0000076), the documents attached

thereto and submitted in support thereof, and the record, it

appears that petitioner fails to demonstrate that he is entitled

to the requested extraordinary relief from this court. See Kema

v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ

of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2